UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALLE NARANJO, LLC<br><br>                    Plaintiff,<br>        -against-<br><br>HOTEL PARAÍSO CAMPESTRE,<br>S.A. de C.V., GMP, S.A. de C.V.,<br>RECURSOS Y ADMINISTRACIÓN<br>INTEGRALES, S.A. de C.V.,<br>and GABRIEL MALDONADO PUMAREJO<br><br>                    Defendants. | Index No. 1:19-cv-07849-AKH<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on August 21, 2019 by the filing of the Complaint and subsequently the Summonses, and a copy of the Summonses and Complaint having been served on: (1) defendant Gabriel Maldonado Pumarejo on January 22, 2020, by WhatsApp and Email, and proof of service having been filed on January 23, 2020; (2) defendant Hotel Paraiso Campestre, S.A. de C.V. on January 27, 2020 by Fedex and proof of service having been filed on January 29, 2020; (3) defendant Recursos Y Administración Integrales, S.A. de C.V. on January 27, 2020 by Fedex and proof of service having been filed on January 29, 2020; and (4) defendant GMP, S.A. de C.V. on January 27, 2020 by Fedex and proof of service having been filed on January 29, 2020. And the defendants Hotel Paraíso Campestre, S.A. de C.V., GMP, S.A. de C.V., Recursos Y Administración Integrales, S.A. de C.V., and Gabriel Maldonado Pumarejo not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDRED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendants Hotel Paraíso Campestre, S.A. de C.V., GMP, S.A. de C.V., Recursos Y Administración Integrales, S.A. de C.V., and Gabriel Maldonado Pumarejo in the liquidated amount of $5,992,622.77 with prejudgment interest at 17.75% from September 26, 2018 through March 20, 2020, amounting to $757,255.30 plus costs and disbursements of this action in the amount of $2,870.51 amounting in all to $6,752,748.58 with post judgment interest at .43%.

Dated: New York, New York

    March ___, 2020

                                                  _____
                                                            U.S.D.J.

                  This document was entered on the docket on  3-31-2020